UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMIE WOODMAN, | ) )  ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| ANDREW PALLITO, | ) ) |
| Defendant. | ) ) ) ) |

Civil Action No. 14-10014

## ORDER

**CASPER, J.**          May 14, 2014

On January 6, 2014, state prisoner Jamie Woodman filed a civil rights complaint in which he alleges that he was wrongfully transferred from a prison in Vermont to a prison in Massachusetts. He represents that he is serving sentences for convictions in both states. He sought return to Vermont and damages.

In a memorandum and order dated March 3, 2014 (D. 8), Magistrate Judge Collings directed Woodman to show cause why this action should not be dismissed under pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A for failure to state a claim upon which relief may be granted. Judge Collings explained that Woodman could not challenge the validity of his confinement in Massachusetts through a civil rights action. The Court warned the plaintiff that failure to respond to the show cause order within forty-two days could result in dismissal of the action.

The time for complying with Judge Collings's March 3, 2014 order has expired without any response from the plaintiff. Further, the Court has reviewed the complaint and agrees with Judge Collings that the plaintiff has failed to state a claim upon which relief may be granted.

ACCORDINGLY, this action is dismissed under 28 U.S.C. §§ 1915(e)(2) and 1915A for failure to state a claim upon which relief may be granted.

**So ordered.**

                                             /s/ Denise J. Casper
                                             United States District Judge